**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JOHN VITORINO,

    Plaintiff,

v.                                                CASE NO.:  8:16-cv-01504-EAK-TBM

WAL-MART STORES, INC. and
SYNCHRONY BANK,

    Defendant.

## NOTICE OF SETTLEMENT

Plaintiff, JOHN VITORINO, by and through his undersigned counsel, hereby submits this Notice of Settlement and states that Plaintiff, JOHN VITORINO, and Defendants, WAL-MART STORES, INC. and SYNCHRONY BANK, have reached a settlement with regard to this case and are presently drafting, finalizing and executing the settlement and dismissal documents.  Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of September, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system to all parties of record.

                                          Respectfully submitted,

                                          *s/William Peerce Howard*
                                          William Peerce Howard, Esq.
                                          Florida Bar No.:  0103330
                                          Amanda J. Allen, Esq.
                                          Florida Bar No.:  0098228
                                          THE CONSUMER PROTECTION FIRM
                                          210-A South MacDill Avenue
                                          Tampa, FL 323609
                                          Telephone: (813) 500-1500
                                          Facsimile: (813) 435-2369

                                        Billy@TheConsumerProtectionFirm.com
                                        Amanda@TheConsumerProtectionFirm.com
                                        Attorney for Plaintiff